the United States, or to conceal facts, or to deceive the appraiser as to the value of the merchandise. Accordingly, the petition is granted.

Judgment will be entered accordingly.

BEFORE THE FIRST DIVISION, FEBRUARY 21, 1962

No. 66476.—Joseph Markovits, Inc. v. United States, protests 59/32890, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of bridal headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

No. 66477.—Joseph Markovits, Inc., et al. v. United States, protests 59/4800, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

No. 66478.—Rene D. Lyon Co., Inc., et al. v. United States, protests 60/413, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

No. 66479.—Teigh, Inc. v. United States, protest 61/14294 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.

No. 66480.—F. L. Kraemer & Co. *v.* United States, protests 58/8626 and 58/21624 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (Brifisol 410) similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 21, 1962

No. 66481.—Auto Imports, Inc. *v.* United States, protest 61/2315 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of overriders similar in all material respects to those the subject of Abstract 65691, the claim of the plaintiff was sustained.

No. 66482.—Andrew Fisher Cycle Co., Inc. *v.* United States, protests 59/9031 and 60/28078 (Seattle).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the